# SETH GINSBERG
ATTORNEY AT LAW

February 13, 2012

Honorable Frederic Block
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, NY 11201

Re: *McGriff v. Warden, FCI Florence*, **10-cv-1264 (FB)**

Dear Judge Block:

      Petitioner requests that the Court set April 1, 2012 as the due date for Petitioner's reply to the government's opposition to the petition in referenced action. The government takes no position with respect to this request.

Respectfully,

/s/_____
Seth Ginsberg

cc: A.U.S.A. Carolyn Pokorny